MORGAN, LEWIS & BOCKIUS LLP
Brian C. Frontino, Bar No. 222032
brian.frontino@morganlewis.com
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
Tel: +1.310.907.1000
Fax: +1.310.907.1001

Attorneys for Defendant
American Express National Bank

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDAN POHL,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN EXPRESS NATIONAL BANK,<br><br>Defendant. | Case No. 2:26-cv-2094-JDP<br><br>**~~[PROPOSED]~~ ORDER GRANTING STIPULATION TO STAY ACTION PENDING THE COMPLETION OF ARBITRATION** |

# ~~[PROPOSED]~~ ORDER

The Court, having reviewed the Stipulation to Arbitrate and Stay Action filed by Plaintiff Brendan Pohl ("Plaintiff") and Defendant American Express National Bank ("American Express") (and collectively the "Parties") and finding good cause therefore,

**IT IS HEREBY ORDERED** as follows:

1. The Court **GRANTS** the Stipulation:

2. Plaintiff shall submit all claims asserted in this action against American Express to binding arbitration pursuant to terms of the arbitration provision contained in the Cardmember Agreement governing Plaintiff's American Express Card account; and

3. The proceedings in this action shall be stayed pending completion of arbitration.

4. The parties are ordered to file a joint status report every ninety days apprising the court of the status of arbitration.

IT IS SO ORDERED.

Dated: November 25, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE



MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
CENTURY CITY